70 A.3d 664

IN THE MATTER OF MARC D'ARIENZO, AN ATTORNEY
AT LAW (ATTORNEY NO. 005621993).

August 9, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent (DRB 13–045) of **MARC D'ARIENZO** of **SUMMIT**, who was admitted to the bar of this State in 1993;

And the District XI Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.5(a)(1) (practicing law while ineligible);

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XI–2012–00010E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **MARC D'ARIENZO** of **SUMMIT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.